**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1959**

NOELLA MBOLLE EJEDE EJEDE,

                Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  March 20, 2012          Decided:  April 10, 2012

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Irena I. Karpinski, LAW OFFICES OF IRENA I. KARPINSKI, Washington, D.C., for Petitioner.  Tony West, Assistant Attorney General, Emily Anne Radford, Assistant Director, Kohsei Ugumori, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noella Mbolle Ejede Ejede, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying her applications for relief from removal and remanding the record to the Immigration Judge to provide all advisals required by the grant of voluntary departure to Ejede, and for entry of a new decision. While we have jurisdiction over the Board's order, we dismiss the petition for review without prejudice for prudential reasons. See Qingyun Li v. Holder, 666 F.3d 147 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED